ACCEPTED
01-15-00404-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 11:07:21 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00404-CV

In the First Court of Appeals
at Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 11:07:21 AM
CHRISTOPHER A. PRINE
Clerk

**MID PAC PORTFOLIO LLC**

**V.**

**PAULA WELCH AND CLYDE ASHWORTH**

On Appeal from the 405th Judicial
District Court of Galveston County, Texas

APPELLEES' FIRST REQUEST FOR EXTENSION
OF TIME TO FILE BRIEF
(Unopposed)

TO THE HONORABLE FIRST COURT OF APPEALS:

NOW COME  Paula Welch and Clyde Ashworth, Appellees, and file this their first request for extension of time in which to file their Brief herein.

This is a first request and is unopposed.

Appellant's Brief was filed on July 21 2015.  Appellees' Brief is due on August 20, 2012.

Good cause exists for extension of time.  Since the filing of Appellant's Brief on July 21, this counsel has been heavily engaged in other matters including:

--On July 27, 2015, this counsel filed a comprehensive objection to referral to mediation in No. 01-15-0583-CV, *The Hon. Mark A. Henry v. The Hon. Lonnie*

*Cox,* in the First Court of Appeals. The Referral to Mediation was subsequently withdraw.

--On August 6 and 7, 2015, the undersigned counsel filed a Petition for Review and Amended Petition for Review (to conform to TRAP 9 requirements) with the Texas Supreme Court in No. 15-0423, *Joe Murphy et al v. The City of Galveston,* seeking review of No. 14-14-00222-CV.

--The undersigned counsel is presently under a short deadline to file a brief in No. 14-14-01020-CV, *Mariano Diaz v. Kevin Johnson et al.* The Brief in that case was due on July 29, 2015 and an overdue notice was sent by the Court of Appeals on August 7, 2015. This counsel is attempting to file the Brief on or shortly after the 15th Day following the August 7 notice but will probably have to file an extension request in that case as well.

<u>Prayer</u>

Accordingly, Appellees through their counsel request an extension of thirty days to and including Monday, September 21, 2015 in which to file their Brief.

Respectfully submitted,
*/s/ Mark W. Stevens*
Mark W. Stevens
TBN 19184300
PO Box 8118
Galveston, TX 77553
409.765.6306
Fax 409.765.6469
Email: markwandstev@sbcglobal.net

Counsel for Appellees
Paula Welch and Clyde Ashworth

Certificate of Conference

This counsel conferred with Appellant's Counsel, Mr. Mike Burns, on August 19, 2015, and Mr. Burns advises that he does not oppose this request for extension.

*/s/ Mark W. Stevens*
Mark W. Stevens

Certificate of Compliance

The Foregoing instrument contains 273 words in Times New Roman 14 point font double spaced.

*/s/ Mark W. Stevens*
Mark W. Stevens

Certificate of Service

A true and correct copy of the foregoing instrument was served via efiling on Mr. Mike Burns at burnslaw@outlook.com on August 19, 2015.

*/s/ Mark W. Stevens*
Mark W. Stevens